UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY NATHANIEL, JR., WILLIE
WILLIAMSON, JR., WARFIELD
MOORE, COREY TURNER,           HON. GEORGE CARAM STEEH
CHIQUITA TURNER, and           Case No. 19-CV-11154
LUCILLE TURNER,

      Plaintiffs,

v.

HERTZ LOCATION EDITION
CORPORATION, and
THE HERTZ CORPORATION,

      Defendants.
_____/

## JUDGMENT

The above entitled matter has come before the court on Defendants' motion to dismiss, and in accordance with the court's order entered on this date granting Defendants' motion and dismissing this action,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of Defendants.

                            DAVID J. WEAVER
                            CLERK OF THE COURT

APPROVED:
                            BY: s/Brianna Sauve
                                  DEPUTY COURT CLERK

s/George Caram Steeh
United States District Judge

Dated: February 20, 2020

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 20, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk